IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD M. GOLDSTEIN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 13-3850 |
| **CARLINO DEVELOPMENT GROUP, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 20th day of May, 2015, upon consideration of "Defendant's Motion for Summary Judgement" (Doc. No. 23), the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that a Rule 16 Conference is scheduled for **10:00 a.m.** on **Monday, June 15, 2015**, in Chambers, Room 7614.  Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**